929 A.2d 638

**Marla R. BROWN, Petitioner,**

v.

**COMMONWEALTH Court of Pennsylvania, Public Utility Commission, PECO, Respondents.**

**No. 60 EM 2007.**

Supreme Court of Pennsylvania.

July 25, 2007.

## *ORDER*

PER CURIAM.

**AND NOW,** this 25th day of July, 2007, the Motion to File Reconsideration Brief Beyond Alloted [sic] Time Due to Extraordinary Circumstances and the Motion to Request Constitutional Right to Trial by Jury are denied.